

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00059-CV

MICHAEL SMITH                                                  APPELLANT

V.

KEVIN SMITH AND                                               APPELLEES
JANA HENDERSON

AND

GINA KIRKPATRICK                                              APPELLANT

V.

MICHAEL A. SMITH                                             APPELLEE

------------

FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

Appellants filed timely notices of appeal from the trial court's February 18, 2010 "Final Judgment."  We received the trial court's amended order granting defendant's motion for new trial signed on July 18, 2010.

---

[1]*See* Tex. R. App. P. 47.4.

On July 27, 2010, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered these appeals moot and that the appeals would be dismissed as moot unless, on or before August 6, 2010, any party desiring to continue the appeals filed a response showing grounds for continuing the appeals. Neither party filed a response.

Therefore, on this court's own motion, we dismiss the appeals as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: MEIER, DAUPHINOT, and WALKER, JJ.

DELIVERED: August 19, 2010